## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Nelly Alvarez    JOINT DEBTOR: _____    CASE NO.: 12-19729 LMI
Last Four Digits of SS# 0397    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $ __314.60__ for months __1__ to __36__;
  B.  $ _____ for months _____ to _____;

Administrative: Attorney's Fee - $ __0__    TOTAL PAID $ __0__
  Balance Due   $ _____ payable $ _____/month (Months _____ to _____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____    Arrearage on Petition Date $ _____
Address: _____    Arrears Payment    $ _____/month (Months _____ to _____)
         _____    Regular Payment    $ _____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Westland East Manor Condominium Assn. Inc. pursuant to Final Judgment of Foreclosure in the amount of $6945.58, recorded in Miami-Dade Public Records at Book 28044 Page 912 | Condominium located at 6620 West 2nd Court #408 Hialeah, FL 33012<br><br>Condo valued at $41,590<br><br>Amount owed on first mortgage is $96,898 | NA | $ -0- | __NA__ To _____ | Avoid lien in full |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due $ _____
                            Payable   $ _____/month (Months ____ to ____) Regular Payment $ _____

Unsecured Creditors: Pay $ __95.00__ /month (Months __1__ to __36__).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.


Westland East Manor Condominium Assoc. Inc.  Pay $ __191.00 regular payment__ /month (Months __1__ to __36__)
c/o Yudany Fernandez, Esquire
Alfaro and Fernandez P.A.
5851 NW 115 Street Penthouse 305
Miami Lakes, FL 33014

Other Provisions Not Included Above:

Debtor's first mortgage with IndyMac Mortgage Services is being paid outside the Plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

  __/s/_____    Date: May 7, 2012
Debtor Nelly Alvarez

LF-31 (rev. 01/08/10)