UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: NELLY ALVAREZ,          Case No.12-19729- LMI

         Chapter 13

Debtor(s) .
_____/

## OBJECTION TO CLAIM

### IMPORTANT NOTICE TO CREDITOR:
### THIS IS AN OBJECTION TO YOUR CLAIM

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtor objects to the following claim filed in this case *:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 3 | Orion/ University Medical Center | $198.00 | Debtor has never been admitted to this hospital nor used any of its services. Claim should be struck. |
| 4 | Orion/ University Medical Center | $613.00 | Debtor has never been admitted to this hospital nor used any of its services. Claim should be struck. |
| 5 | Orion/ University Medical Center | $279.00 | Debtor has never been admitted to this hospital nor used any of its services. Claim should be struck. |

LF-24 (rev. 12/01/09)          Page 1 of 2

*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading. (See Local Rule 3007-1©.)

Dated this May 24, 2012.

Respectfully submitted,

                    LEGAL SERVICES OF GREATER MIAMI, INC.

By _____/s/_____
                    Carolina A. Lombardi
                    Florida Bar No. 241970
                    Attorney for Nelly Alvarez
                    3000 Biscayne Boulevard
                    Suite 500
                    Miami, FL 33137
                    Telephone: (305) 438-2427
                    Facsimile: (305) 573-5800

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1(F).