# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Case No: 12-19729

Nelly Alvarez  Chapter 13

_____Debtor_____/

## DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN

Pursuant to Local Rule 9013-1, debtor Nelly Alvarez moves the Court to modify her Chapter 13 Plan, and in support of the motion states:

1. Debtor wants to modify her Plan to conform with an increase in regular condominium monthly maintenance to $180.00 effective January 1, 2013.

> Respectfully submitted,
> LEGAL SERVICES OF GREATER
> MIAMI, INC.
>
> By _____/s/_____
> Carolina A. Lombardi
> Florida Bar No. 241970
> Attorney for Debtor
> 3000 Biscayne Boulevard
> Suite 500
> Miami, FL 33137
> Telephone: (305) 438-2427

## CERTIFICATE OF SERVICE

I certify that on December 3, 2012, a copy of this Motion and the proposed First Modified Plan were sent electronically to:

Nancy N. Herkert, Trustee
e2c8f01@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**and mailed to:**

IndyMac Mortgage Services
P. O. Box 4045
Kalamazoo, MI 49003-4045

Macy's/Burdines
13141 - 34th Street, N.
Clearwater, FL 33762

Nissan Motor Acceptance Corporation
P. O. Box 660366
Dallas, TX 75266-9620

InSolve Recovery LLC
P.O. Box 269093
Oklahoma City, OK 72136-9093

Target National Bank
P. O. Box 59317
Minneapolis, MN 55459-0317

MKM Acquisitions LLC
P. O. Box 9010
Woodbury, NY 11797-9010

Westland Manor East Condo Association
c/o Yudany Fernandez, Esquire
Alfaro and Fernandez
5801 NW 151 Street, Suite #305
Hialeah, FL 33014

                                                      /s/
                                                    Carolina A. Lombardi