**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ __First_____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Nelly Alvarez__   JOINT DEBTOR: _____   CASE NO.: __12-19729 LMI__
Last Four Digits of SS# __0397__   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
   A.   $__282.97__ for months __1__ to __8__;
   B.   $__330.00__ for months __9__ to __36__;

Administrative: Attorney's Fee - $____0____   TOTAL PAID $____0____
      Balance Due    $_____ payable $_____/month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Westland East Manor Condominium   Arrearage on Petition Date   $ _____
c/o Yudany Fernandez, Esquire   Regular Payment   $ __110.30__ /month (Months __1__ to __8__)
Alfaro and Fernandez P.A.   Regular Payment   $ __180.00__ /month (Months __9__ to __36__)
5851 NW 115 Street Penthouse 305
Miami Lakes, FL 33014
Account No: __Unit 408__

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Westland East Manor Condominium Assn. Inc. pursuant to Final Judgment of Foreclosure in the amount of $6945.58, recorded in Miami-Dade Public Records at Book 28044 Page 912 | Condominium located at 6620 West 2nd Court #408 Hialeah, FL 33012<br><br>Condo valued at $41,590<br><br>Amount owed on first mortgage is $96,898 | NA | $ -0- | __NA__ To _____ | Avoid lien in full |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due $_____
       Payable   $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ __120.00__ /month (Months __1__ to __36__).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.


Other Provisions Not Included Above:

Debtor's first mortgage with IndyMac Mortgage Services is being paid outside the Plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

   __/s/_____   Date: December 3, 2012
Debtor Nelly Alvarez


LF-31 (rev. 01/08/10)