**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                    Case No. 12-19729
                                          Chapter  13
Nelly Alvarez

_____ Debtor _____ /

FILED  OCT 2 0 2016  RECEIVED
US BANKRUPTCY COURT
SO DISTRICT OF FLA

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, Nelly Alvarez, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $660.04, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of Nelly Alvarez. Applicant further states that:

1.   (Indicate one of the following items:)

   __XX__ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

   _____ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the applicable Administrative Office of the US Court's Director's Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

   _____ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim

reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and an original "power of attorney" conforming to the applicable Administrative Office of the US Court's Director's Form are attached and made a part of this application.**

\_\_\_\_\_ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited.  Applicant has obtained NA an original "power of attorney" **conforming to the applicable Administrative Office of the US Court's Director's Form** from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

\_\_\_\_ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" **conforming to the applicable Administrative Office of the US Court's Director's Form** from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right.  Also attached is a copy of an official government photo id of the debtor to prove debtor's identity.  The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

\_\_\_\_Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity.  The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

LF-27 (rev. 12/01/15)

2.     Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3.     Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: October 19, 2016

Nelly Alvarez
Name Under Which Funds Were Deposited

*Signature of Applicant*
(Note: In addition to signing, complete all information below)

Claim Number

Last Four Digits of SS# __0937__

Nelly Alvarez
Name of Party on Whose Behalf Application Was Filed*

Tax ID (EIN #)

Address:

6620 West 2nd Court #408
Hialeah, FL 33012

Nelly Alvarez, Debtor and Applicant
Print Name and Title of Applicant

Print Company Name

Print Street Address

Print City and State

Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me on October 19, 2016, by Nelly Alvarez who is personally known to me.

Signature Notary Public, at Large State of Florida

CAROLINA LOMBARDI
MY COMMISSION # FF 222001
EXPIRES: May 11, 2019
Bonded Thru Notary Public Underwriters

Carolina Lombardi
Printed Name of Notary Public

Page 3 of 3

LF-27 (rev. 12/01/15)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                  Case No. 12-19729
                                                                              Chapter   13

Nelly Alvarez


_____Debtor_____/

**AFFIDAVIT OF CLAIMANT**

1.      I, Nelly Alvarez, am (indicate status of claimant)

(  ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to _____, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

(  ) the duly authorized representative for the claimant "business" _____
_____; or

(  ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

( XX ) the debtor claiming funds deposited in the name of the debtor in this case who has granted ~~a power of attorney~~ NA to Carolina A. Lombardi, ~~a "funds locator" or~~ attorney, to submit an application on my behalf; or

(  ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to _____a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $ $660.04 deposited in this court in the name of  Nelly Alvarez and representing claim number_ *scheduled*  _
_____ (if no claim was filed write "scheduled" in blank space).

2. Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds.  Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant.  Also attach a copy of an official government photo id to prove your identity.

Page 1 of 2

LF-28 (rev. 12/01/15)

3. I have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

*Nelly Alvarez*

Signature of claimant or representative of "business" claimant

Dated: October 19, 2016

__Nelly Alvarez__
Print name

__Debtor and Claimant__
Title

__0397__
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

__6620 West 2nd Court #408, Hialeah, FL 33012__
Address

__786.210.0875__
Phone number

Sworn to and Subscribed before me on
October 19, 2016, by Nelly Alvarez
who is personally known to me.

_____
Signature Notary Public, at Large State of Florida

Carolina Lombardi
Printed Name of Notary Public



CAROLINA LOMBARDI
MY COMMISSION # FF 222001
EXPIRES: May 11, 2019
Bonded Thru Notary Public Underwriters



CAROLINA LOMBARDI
MY COMMISSION # FF 222001
EXPIRES: May 11, 2019
Bonded Thru Notary Public Underwriters

Page 2 of 2

LF-28 (rev. 12/01/15)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                         CASE NO. 12-19729-BKC-
NELLY ALVAREZ

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 660.04 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: _____FEB 2 4 2016_____

NANCY K. NEIDICH
CHAPTER 13 TRUSTEE

Copies to:

NELLY ALVAREZ
6620 W 2 CT
#408
HIALEAH, FL 33012

CAROLINA A. LOMBARDI, ESQUIRE
LEGAL SERV. OF GREATER MIAMI
3000 BISCAYNE BLVD, SUITE 500
MIAMI, FL 33137

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  CASE NO. 12-19729-BKC-
NELLY ALVAREZ

CHAPTER 13

NELLY ALVAREZ ---------$ 660.04

6620 W 2 CT
#408
HIALEAH, FL 33012

CAROLINA A. LOMBARDI, ESQUIRE
LEGAL SERV. OF GREATER MIAMI
3000 BISCAYNE BLVD, SUITE 500
MIAMI, FL 33137

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130